IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KYLE H. NOLAN                                                                                    PLAINTIFF

VS.                                          CASE NO. 05-CV-1117

CHEMTURA CORPORTAION
a/k/a GREAT LAKES CHEMICAL
CORPORATION                                                                                   DEFENDANT

## ORDER

Before the Court is a Joint Stipulation of Dismissal with Prejudice filed on behalf of the Plaintiff, Kyle H. Nolan, and the Defendant, Chemtura Corporation a/k/a Great Lakes Chemical Corporation. (Doc. No. 16). The parties request that the Court enter a dismissal of this lawsuit with prejudice, with each party bearing its own costs and attorney fees. Upon consideration, the Court accepts the parties' Joint Stipulation of Dismissal. The above styled and numbered action is hereby **dismissed with prejudice**. Each party is responsible for its own attorneys' fees and costs.

IT IS SO ORDERED, this 12th day of January, 2007.

                                                                /s/Harry F. Barnes
                                                             Hon. Harry F. Barnes
                                                             United States District Judge